1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS, State Bar No. 90294
   Supervising Deputy Attorney General
3   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
4   Telephone:  (415) 703-5520
    Fax:  (415) 703-5480
5   Email:  Paul.Hammerness@doj.ca.gov

6  Attorneys for Defendant State of California

7

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  ALVARO RODRIGUEZ, | Case No.  C 07-04126-SI |
| 12 | **DEFENDANT STATE OF CALIFORNIA'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE PENDING HEARING OF DISPOSITIVE MOTION; [PROPOSED] ORDER** |
| 13           Plaintiff, | |
| 14      v. | |
| 15 | |
| 16  STATE OF CALIFORNIA, | CMC Date:  December 7, 2007<br>Time:  2:00 p.m. |
| 17           Defendant. | Courtroom:  10 (19th Floor)<br>Judge:  Honorable Susan Illston |
| 18 | **E-FILING** |

19

20  **A.    Nature of Action; Procedural Status.**

21       This is an action for damages brought by *pro per* plaintiff pursuant to 42 U.S.C. § 1983.

22  Plaintiff sues the State seeking to vacate the DUI conviction obtained against him in prior state

23  court criminal proceedings.

24       Following service of this action, Defendant State has promptly calendared a motion to

25  dismiss, now set for hearing on January 4, 2008.  The motion asserts, *inter alia*, that the action is

26  barred by Eleventh Amendment immunity, the Rooker-Feldman doctrine and under *Heck v.*

27  *Humphrey*.

28  ///

Deft. State of CA's Req. for Cont. of CMC Pending Hrng. of Disp. Mot.; [Proposed] Ord.          Rodriguez v. State a
                                                                                                C 07-04126-SI
                                        1

**B. Grounds for Request.**

After filing, the matter was set for a case management conference for December 7, 2007. Proper preparation for such a conference would require a substantial amount of effort, including service and filing of early disclosures, and a joint case management conference statement.

Given the pendency of the State's dispositive motion, however, it would appear premature to hold the case management conference at the scheduled time. Obviously, if the motion is successful, the necessity for the conference would be mooted. However, even if the motion is not wholly-dispositive, the likely narrowing of issues would render much of the conference preparation and discovery unnecessary.

Consequently, in the interests of justice, to avoid unnecessary time and expense to all parties, defendant State of California herein respectfully request that the current case management conference (and associated requirements) be continued and/or vacated pending the hearing on the State's motion.

Dated: November 13, 2007.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California


s/Paul T. Hammerness
PAUL T. HAMMERNESS
Supervising Deputy Attorney General

Attorneys for Defendant State of California

1 **[PROPOSED] ORDER**

2 IT IS ORDERED that the Initial Case Management Conference herein be continued to

3 January ~~18~~, 2008.

4 DATED: _____

*[signature: Susan Illston]*

SUSAN ILLSTON
United States District Court Judge

Deft. State of CA's Req. for Cont. of CMC Pending Hrng. of Disp. Mot.; [Proposed] Ord.    Rodriguez v. State a
C 07-04126-SI

3