Alvaro C. Rodriguez
599 Euclid Ct.
San Leandro, CA 94577
Phone 510 632-5650
Pro Se

NOV 2 0 2007

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alvaro C. Rodriguez<br><br>Plaintiff,<br><br>vs.<br><br>The State of California<br><br>Defendant. | No. C 07 - 04126 SI<br><br>REQUEST FOR PERMISSION TO REPLY TO DEFENDANT'S ANSWER<br><br>FOR<br><br>CLARIFICATION OF COMPLAINT |

Submitting Counsel are directed to serve this order upon all other parties in this action

## CLARIFICATION OF COMPLAINT

Plaintiff pleads for permission to clarify the complaint. The Independent Action on Collateral Attack on a state "Void Judgment" filed with this court is **not** a Civil Rights Action for Damages. This is a collateral attack on a state judgment that was obtained without jurisdiction. A "Void Judgment" may therefore be attacked in a collateral proceeding in another jurisdiction on the basis that it was rendered without jurisdiction. This court has jurisdiction pursuant to Title 28 U.S.C. § 1331, and Title 28 U.S.C. § 1343, to determine the validity of a state court judgment. This complaint seeks to have this court set aside the state judgment or declare the judgment invalidated for lack or want of subject- matter jurisdiction.

A "Jurisdictional Challenge" has been presented to the state. It is up to the state, to prove that, the state complied with the laws and statutes applicable to this misdemeanor traffic citation case to invoke the jurisdiction of the municipal court. Strong, clear, and convincing evidence on the face of the record has been provided

to prove that, state officials knowingly, willfully, and intentionally acted in the clear absence of all jurisdiction. The following three issues were presented for review: 1. Whether the state court lacked subject-matter jurisdiction. 2. Whether the plaintiff was denied due process of law. 3. Whether the state action amounts to fraud upon the court. These three issues have never been litigated or adjudicated on the merits in any state or federal court; not because they could have been presented and were not, but because of alleged intentional concealment by the state with the specific intent to avoid civil liability pursuant to Title 42 U.S.C. § 1983, and criminal liability pursuant to Title 18 U.S.C. § 241, § 242, for Deprivation of Rights Under Color of Law.

Plaintiff pro se seeks justice in this matter and knows that he was wrongfully deceived and convicted in a **non judicial process**, under false pretenses. It is extremely important for this court to seek the truth in this matter.

Sincerely

*[signature]*

Alvaro C. Rodriguez
Pro Se

*[handwritten: misnamed & filed]*

IT IS SO ORDERED

*[signature]*

Susan Illston, Judge

11/21/07
Date

REQUEST FOR PERMISSION TO REPLY TO DEFENDANT'S ANSWER FOR CLARIFICATION - 2