IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO C. RODRIGUEZ, | No. C 07-4126 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE STATE OF CALIFORNIA, | |
| Defendant. | |

Defendant's motion to dismiss is granted without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 14, 2008

SUSAN ILLSTON
United States District Judge